FILED - LN
August 4, 2010 10:03 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____  SCANNED BY_____

IN THE UNTIED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

(LANSING DIVISION)

SUSANNE STAHL,

    Conservator for Kaden Brody Knight,

vs.

    Case No.   1:10-CV-649

    Judge Robert Holmes Bell

CONNIE KNIGHT, DONALD KNIGHT, STEVEN VARGO, and
NATIONAL ELECTRIC CONTRACTORS ASSOCIATION,
NATIONAL ELECTRIC ANNUITY PLAN,
    Defendants.

---

| | |
|---|---|
| Alecia M. Ruswinkel (P62825)<br>Anderson, Stull and Assoc.<br>Attorney for Plaintiff<br>320 W. Ottawa Street<br>Lansing, MI 48933<br>(517) 484-0090 | Steven A. Vargo<br>IN PRO PER<br>14961 Hanfor<br>Allen Park, MI 48101 |

## ANSWER TO PAINTIFF'S COMPLAINT, NOTICE OF AFFERMATIVE DEFENSES AND JURY DEMAND

NOW COME the Defendant, STEVEN A. VARGO, and in Answer to Plaintiff's Complaint, say as follows:

### JURISDICTION AND VENUE

1) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

2) This Defendant admits this allegation.

1

3) This Defendant admits this allegation.

4) This Defendant admits this allegation.

5) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

6) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

7) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

8) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

## GENERAL FACTUAL ALLEGATIONS

9) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

10) This Defendant admits this allegation.

11) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

12) This Defendant admits this allegation.

13) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

14) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

15) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

16) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

17) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

18) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

19) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

20) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

21) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

### COUNT 1 – COMMON LAW CONVERSION BY CONNIE KNIGHT & DONALD KNIGHT

22) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

23) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

24) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

25) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

26) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

27) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

28) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

29) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

30) This Defendant denies this allegation for the reason that it is untrue.

31) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

32) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

33) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

34) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

35) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

WHEREFORE, the Defendant, STEVEN A. VARGO prays that this Honorable Court grant and enter a Judgment of No Cause for Action or dismiss the Complaint and award it costs and fees.

## COUNT 2 – STATUTORY CONVERSION BY CONNIE KNIGHT, DONALD KNIGHT, AND STEVE VARGO

36) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

37) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

38) This Defendant denies this allegation for the reason that it is untrue.

39) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

40) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

41) This Defendant denies this allegation for the reason that it is untrue.

42) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

43) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

44) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

WHEREFORE, the Defendant, STEVEN A. VARGO prays that this Honorable Court grant and enter a Judgment of No Cause for Action or dismiss the Complaint and award it costs and fees.

### COUNT 3 – COMMON LAW AND STATUTORY CONVERSION BY CONNIE KNIGHT & DONALD KNIGHT

45) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

46) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

47) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

48) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

49) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

50) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

51) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

52) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

53) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

WHEREFORE, the Defendant, STEVEN A. VARGO prays that this Honorable Court grant and enter a Judgment of No Cause for Action or dismiss the Complaint and award it costs and fees.

## COUNT 4 - NEGLIGENCE BY NEAP

54) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

55) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

56) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

57) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

58) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

59) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

60) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

61) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

WHEREFORE, the Defendant, STEVEN A. VARGO prays that this Honorable Court grant and enter a Judgment of No Cause for Action or dismiss the Complaint and award it costs and fees.

## COUNT 5 – TEMPORARY RESTRAINING ORDER

62) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

63) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

64) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

65) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

66) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

67) This Defendant neither admits nor denies this allegation for lack of knowledge or information sufficient to form a belief as to the truth of this allegation and thereby leaves the Plaintiff to her proofs.

WHEREFORE, the Defendant, STEVEN A. VARGO prays that this Honorable Court grant and enter a Judgment of No Cause for Action or dismiss the Complaint and award it costs and fees.

By _____

Steven A. Vargo
IN PRO PER
14961 Hanfor
Allen Park, MI  48101

Dated August 2, 2010

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by the method(s) indicated below on **Aug 2**, 2010.

**X** U.S. Mail                     ___ FAX
___ Hand Delivered                  ___ UPS
___ Overnight Delivery Service      ___ E-Mail
___ Electronic Notification Via the Court's CM/ECF System

_____
Steven A. Vargo